UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR-09-166-LRS-2 |
| ) | |
| v. ) | ORDER GRANTING |
| ) | UNOPPOSED MOTION AND |
| SHANE JOE O'CONNOR ) | REMOVING ELECTRONIC |
| ) | MONITORING |
| Defendant. ) | |

The Defendant, Shane O'Connor, having brought an unopposed Motion to modify his conditions of release by removing electronic home monitoring requirement,

**IT IS ORDERED** that the unopposed Motion (**Ct. Rec. 62**) is **GRANTED.** Defendant's release conditions are modified to the extent that the requirement of electronic home monitoring is removed. All other conditions of release shall remain.

DATED May 25, 2010.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION AND REMOVING
ELECTRONIC MONITORING